**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2897 Disciplinary Docket No. 3 |
| | : | |
| | : | |
| Petitioner | : | No. 30 DB 2022 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 307225 |
| NICHOLAS URICK, | : | |
| | : | |
| Respondent | : | (Beaver County) |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, upon consideration of the Verified Statement of Resignation, Nicholas Urick is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).